IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ISAAC JOHNSON, III,<br><br>PLAINTIFF,<br><br>V.<br><br>BERKELEY COUNTY SHERIFF'S OFFICE,<br><br>DEFENDANT. | CASE NO.: 2:20-cv-0790-RMG-MHC<br><br><br>PLAINTIFF'S EXPERT DISCLOSURE |

Comes now, Plaintiff, Isaac Johnson, and responds to Rule 26(a)(2)(B) as set forth in the Scheduling Order in effect in this matter, as follows:

**RESPONSE:** Plaintiff will rely on the following named individual(s) as expert(s) in their prospective fields and identifies them as follows:

W. Howard Buddin Jr., Ph.D
29 Leinbach Drive, Suite D4
Charleston, SC 29407

**Dr. Buddin will testify in regard to the psychological impact the incident instilled upon the Plaintiff. He will also testify as to the worsening of the depression and post-traumatic stress and as to the alcohol and drug abuse that were induced by the incident and in accordance with his report.**

**Marvin E. Mitchiner**
**9 Long Meadow Lane**
**Columbia, SC 29223**

**Mr. Mitchiner will testify in regards to Plaintiff's military record, his probable career progression, and his competency as a Senior Airman and in accordance with his report.**

**Geoffrey P. Alpert, PhD**
**1305 Greene St.**
**University of South Carolina**
**Columbia, SC 29208**

**Dr. Alpert will testify in regard to his review of the Berkeley County Sheriff's Department**

**police policies and procedures as well as police conduct in reference to the incident and in accordance to his report.**

**Cassandra L. Townsend**
**PO Box 321**
**Summerville, SC 29484**

**Ms. Townsend will testify in regard to Plaintiff's potential and current employability and the limitations of his potential employability caused by the incident, in accordance with her report.**

**Oliver G. Wood, Jr.**
**PO Box 24677**
**Columbia, SC 29224**

**Dr. Wood will testify in regard to the economic impact the incident imbued upon Plaintiff's financial well-being as well as the potential and real losses in economic gain the Plaintiff has suffered as a result of the incident and in accordance with his report.**

**Counsel certifies that Plaintiff's Expert Report, and all information required by FRCP 26(a)(2)(B) will be provided to Defendant's counsel.**

        __S/Oana D. Johnson____
Oana D. Johnson
304 Meeting Street
Suite 203
Charleston, SC 29401
(843) 203-4195
oana@odjlaw.com

Pamela J. Polzin
Attorney at Law
P. O. Box 62255
Charleston,   SC   29419-2255
(843) 744-0043
pjpolzin@hotmail.com

ATTORNEYS FOR PLAINTIFF

This 30th day of June, 2021
Charleston, South Carolina

2