# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Isaac Johnson, III, | Civil Action No. 2:20-790-RMG |
| Plaintiff, | |
| v. | **ORDER AND OPINION** |
| Berkeley County Sheriff's Office, | |
| Defendant. | |

The Court, having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b). In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement, and the Court specifically retains jurisdiction to enforce the settlement. *See Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978). The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty (60) days from the filing date of this order.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over all final settlement agreements.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

January 19, 2021
Charleston, South Carolina